**No. 61848.**—Astra Trading Corp. *v.* United States, protest 315597–K (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 61849.**—Imperial International Corp. *v.* United States, protests 261098–K, etc. (New York).

Opinion by MOLLISON, J.  The protests were dismissed.

**No. 61850.**—Karl B. Rosen et al. *v.* United States, protests 260244–K, etc. (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *B. L. Lemke & Co., Inc.* v. *United States* (39 Cust. Ct. 253, C. D. 1937), the claim of the plaintiffs was sustained.